UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

MARY CHARLENE HAYS, Personal
Representative of the Estate of William
Hays,

        Plaintiff,

v.

JOHN CRANE, INC.

        Defendants.

_____/

CASE NO. 09-81881-CIV-KAM

## VERDICT

WE, THE JURY, return the following verdict:

### PLAINTIFF'S CLAIMS

1. Is John Crane Inc. strictly liable to the Plaintiff for selling a product(s) in a defective condition and, if so, was the defect a legal cause of William Hays' cancer?

    YES _____    NO ✓

Answer Question 2.

2. Was John Crane Inc. negligent in failing to adequately warn William Hays of the dangers of asbestos and, if so, was John Crane, Inc.'s negligence a legal cause of William Hays' cancer?

    YES _____    NO ✓

If you answered "yes" to either or both of Question 1 or Question 2, proceed to and answer Questions 3 - 12. If you answered "no" to both Question 1 and Question 2, your verdict is for the Defendant, John Crane, Inc. If your answer is "no" to both questions 1 and 2, you should skip the remaining questions and have the foreperson sign and date the verdict form.

## **DEFENDANT, JOHN CRANE'S CLAIMS**

3. Is A.W. Chesterton strictly liable for selling a product(s) in a defective condition and, if so, was the defect a legal cause of William Hays' cancer?

    YES _____    NO _____

Answer Question 4.

4. Was A.W. Chesterton negligent in failing to adequately warn William Hays of the dangers of asbestos and, if so, was A.W. Chesterton's negligence a legal cause of William Hays' cancer?

    YES _____    NO _____

Answer Question 5.

5. Is Crane Company strictly liable for selling a product(s) in a defective condition and, if so, was the defect a legal cause of William Hays' cancer?

    YES _____    NO _____

Answer Question 6.

6. Was Crane Company negligent in failing to adequately warn William Hays of the dangers of asbestos and, if so, was Crane Company's negligence a legal cause of William Hays' cancer?

YES _____        NO _____

Answer Question 7.

7. Is Ford Motor Company strictly liable for selling a product(s) in a defective condition and, if so, was the defect a legal cause of William Hays' cancer?

YES _____        NO _____

Answer Question 8.

8. Was Ford Motor Company negligent in failing to adequately warn William Hays of the dangers of asbestos and, if so, was Crane Company's negligence a legal cause of William Hays' cancer?

YES _____        NO _____

Answer Question 9.

9. Is Genuine Parts Company strictly liable for selling a product(s) in a defective condition and, if so, was the defect a legal cause of William Hays' cancer?

YES _____        NO _____

Answer Question 10.

10. Was Genuine Parts Company negligent in failing to adequately warn William Hays of the dangers of asbestos and, if so, was Genuine Parts Company's negligence a legal cause of William Hays' cancer?

YES _____    NO _____

Answer Question 11.

## DAMAGES

11. What is the total amount of any damages to fully and fairly compensate the Plaintiff?

|  |  |
|---|---|
| (1) Stipulated economic losses: | $ 180,000.00 |
| (2) Stipulated medical expenses | $ 594,000.00 |
| (3) Stipulated funeral expenses | $ 4,679.00 |
| (4) William Hays' physical and emotional pain and suffering as a result of his cancer from March 1, 2009 through his death: | $ _____ |
| TOTAL DAMAGES | $ _____ |

12. If you answered "yes" for any of Questions 3-10 regarding John Crane Inc.'s claims against A.W. Chesterton, Crane Co., Ford Motor Company and Genuine Parts Company,

4

you must state the percentage of fault you find for John Crane Inc. and for each such company who you found also to be at fault. Do not fill in any percentage for any companies for whom you answered "no" to both the strict liability and the negligence question.

| | |
|---|---|
| John Crane Inc. | _____% |
| A.W. Chesterton | _____% |
| Crane Co. | _____% |
| Ford Motor Company | _____% |
| Genuine Parts Company | _____% |

Your answer must total 100%                                     total  __100__ %

SO SAY WE ALL, this _29_ day of September, 2014.


_____     _____
FOREPERSON PRINT NAME        FOREPERSON SIGNATURE

5