UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.   09-81881-CV-MARRA

MARY CHARLENE HAYS, personal
representative of the Estate of William Hays,

        Plaintiff,

vs

JOHN CRANE, INC.

        Defendants.
_____/

### NOTICE OF FILING JURY QUESTIONS/NOTES TO THE COURT

Steven M. Larimore, Clerk of Court

*s/ Irene Ferrante*
By: Irene Ferrante
Date: 9/29/14

Your Honor,

We have a verdict

Judge,

My pregnant wife is being taken to the hospital. She just texted me. I am requesting to leave.

Juror #3