UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81881-CIV-KAM

MARY CHARLENE HAYS, Personal
Representative of the Estate of William
Hays,

      Plaintiff,

v.

JOHN CRANE, INC.,

      Defendant.
_____/

**FINAL JUDGMENT**

    **THIS CAUSE** is before the Court upon the jury verdict returned in this case on September 29, 2014.   In accordance with the jury verdict, it is hereby

    **ORDERED AND ADJUDGED** that Judgment is hereby entered in favor of Defendant JOHN CRANE, INC.  Plaintiff MARY CHARLENE HAYS, Personal Representative of the Estate of William Hays, shall take nothing from this case.

    This case is **CLOSED**.  All pending motions are **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of October, 2014.

                                           _____
                                           KENNETH A. MARRA
                                           United States District Judge